FILED - GR
May 29, 2014 11:38 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _ald____ SCANNED BY AVD,5-29

1:14-cv-0581
Paul L Maloney
Chief U.S. District Judge

May 6, 2014

To: Western Michigan District Court,

I have tried unsuccessfully to get some help from the North Carolina EEOC without any success. I have enclosed all correspondences I have had with them. From the stalling, procrastinating and inability or unwillingness to even return my calls, I believe the Raleigh, NC EEOC is hoping the time limit on my complaint passes so they don't have to concern themselves.

Initially, I received a letter from them stating that I needed to call them ASAP. I called the next day. NO RESPONSE. I called every day for the next ten days without any response. Finally, a man named Tom Kukla called me. He seemed as if he would be of some help. He told me he would have one of the investigators call me on a particular day at a particular time. This person, Mr. Robinson NEVER called. I sat by the phone waiting for hours. I called Mr. Kukla back. He assured me Mr. Robinson would call me on another day at another particular time. HE DIDN'T! Once again I called Mr. Kukla. He told me he would have Mr. Robinson call me back immediately. Mr. Robinson, who I had a difficult time understanding, was clearly not remotely willing to put forth any effort to help me. I told him what had transpired. His response..."You been white for the three years you been working and they didn't fire you then." No matter how you want to try to sugar coat this, it has become a racial issue because of the individual's attitudes who are making the decisions. This whole thing is ridiculous except for the fact that my job was taken away from me.

Then someone else from NC EEOC named Lisa Broadway called me to inform me that they could not find any discrimination or retaliation for some obscure reason I did not understand. Once again, we all know but no one will admit that if I were a black teacher and said, "All the white student's behavior was awful," no one would bat an eye.

I need someone from EEOC to read what happened to me and care enough to help me.

Like all middle class Americans, I cannot afford a lawyer. I qualified for legal aid but they wouldn't take my case. Everyone involved is afraid or unwilling to help a white female. If I were black, legal aid would have jumped at the chance to help me. And don't even try telling me that is racist...what is happening to me is racist.

Please have someone get back with me who cares and is able to help. If your office cannot help me, please tell me who can. How can a person be fired from a job because of this?

Sincerely,

Sally Stern

*Sally Stern* (signature)

602 E Loomis Street

Ludington, Michigan

49431

Miketa00@gmail.com

231-690-9045